NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**REGINA R. SMITH,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2010-7019

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 07-1541, Judge William A. Moorman.

---

## ON MOTION

---

Before DYK, *Circuit Judge.*

## ORDER

The Secretary of Veterans Affairs moves to summarily affirm the judgment of the United States Court of Appeals for Veterans Claims in *Smith v. Shinseki,* no. 07-1541.

We deem the better course is to allow the case to proceed through briefing.

Accordingly,

IT IS ORDERED THAT:

The motion to summarily affirm is denied. The Secretary's brief is due within 40 days of the date of filing of this order.

FOR THE COURT

__DEC 0 2 2010__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Virginia A. Girard-Brady, Esq.
    Hillary A. Stern, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 0 2 2010

JAN HORBALY
CLERK